ATTORNEY(S): Kasell Law Firm
INDEX #: 1:23-cv-03885
PURCHASED/FILED:
STATE OF: NEW YORK
COURT: U.S. District
COUNTY/DISTRICT: Eastern Dist.



## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Martin Shorey

Plaintiff(s)

against

Superb Motors Inc., et al

Defendant(s)

| STATE OF NEW YORK ) | DESCRIPTION OF PERSON SERVED: | Approx. Age: 60 yrs |
|---|---|---|
| COUNTY OF ALBANY ) SS | | |
| CITY OF ALBANY ) | Weight: 120 lbs  Height: 5' 1"  Sex: Female  Color of skin: White | |

Hair color: Brown   Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **June 6, 2023**, at **1:25 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons & Amended Complaint Jury Trial Demanded Exhibit "A"**

on

**Superb Motors Inc**

the Defendant in this action, by delivering to and leaving with **Nancy Dougherty** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of **$40** dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
6th day of June, 2023

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2027

Robert Guyette
Invoice·Work Order # 2324018
Attorney File # 9338831