AFFIDAVIT OF SERVICE



KASELL LAW FIRM
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK
MARTIN SHOREY
                                                      PLAINTIFF
                        - vs -
SUPERB MOTORS INC., ETAL
                                                      DEFENDANT

Index No. 1:23-cv-03885-ENV-RER
Date Filed
File No.
Court Date:
AFFIDAVIT OF SERVICE

STATE OF __Kentucky__, COUNTY OF __Jefferson__ :SS:

__James Karas__, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of __Kentucky__.

On __06/07/2023__ at __11:43 AM__,

at __6716 GRADE LANE BUILDING #9 - SUITE 910 LOUISVILLE, KY 40213__,

deponent served the within **EXHIBIT "A", JURY TRIAL DEMANDED, SUMMONS AND AMENDED COMPLAINT** on: **ALLY FINANCIAL INC.**, the **DEFENDANT** therein named.

____ #1 INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

__X__ #2 CORPORATION — By delivering a true copy of each personally to __Ms. Joyce__, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent knew the person so served to be the __Admin Assistant__ of the corporation, and authorized to accept service on behalf of the corporation.

____ #3 SUITABLE AGE PERSON — By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

____ #4 AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

____ #5 MAIL COPY — On ~~_____ I deposited in the United States mail a true copy of the~~ aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

____ #6 DESCRIPTION (USE WITH #1, 2 OR 3) — Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
Sex: __F__   Color: __White__   Hair: __Grey__
Age: __51__   Height: __5'5__   Weight: __170__
OTHER IDENTIFYING FEATURES: __Glasses__

____ #7 WITNESS FEES — The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____.

__X__ #8 MILITARY SRVC — Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of __Kentucky__ and was informed that **DEFENDANT** was not.

____ #9 OTHER

_Cara_ 6/18/23
NOTARY NAME & DATE


Cara Isabella Durham
Notary Public, ID KYNP71694
State at Large, Kentucky
My Commission Expires on May 3, 2027

Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-KLF2-9338849

Doc ID: c5be7b32a6468fa6600b524ed5838740e659327a