AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Martin Shorey | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-03885-ENV-RER |
| Superb Motors, Inc., et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ally Financial Inc.

Date: 07/13/2023

/s/ Ahmed H. Khattab
*Attorney's signature*

Ahmed H. Khattab No. 5780630
*Printed name and bar number*

Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022

*Address*

ahmed.khattab@troutman.com
*E-mail address*

(212) 704-6162
*Telephone number*

(212) 704-6288
*FAX number*