UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN SHOREY,<br><br>                     Plaintiff,<br><br>     -against-<br><br>SUPERB MOTORS INC. and ALLY FINANCIAL INC.,<br><br>                     Defendants. | Case No.: 1:23-cv-03885-ENV-RER<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Ally Financial Inc. certifies that it is a non-governmental corporate party, there is no parent corporation, and there is no publicly held corporation owning 10% or more of its stock.

Dated:  July 13, 2023

              By: */s/ Ahmed H. Khattab*
                 Ahmed H. Khattab
                 TROUTMAN PEPPER
                 HAMILTON SANDERS LLP
                 875 Third Ave.
                 New York, NY
                 Tel. 212-704-6162
                 Ahmed.khattab@troutman.com

                 *Attorney for Defendant Ally Financial Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023, this *Corporate Disclosure Statement* was electronically filed with the Clerk of Court using the CM/ECF electronic filing system, which will then send a notification of such filing to counsel of record.

      */s/ Ahmed H. Khattab*
Ahmed H. Khattab
TROUTMAN PEPPER
HAMILTON SANDERS LLP
875 Third Ave.
New York, NY
Tel. 212-704-6162
Ahmed.khattab@troutman.com

*Attorney for Defendant Ally Financial Inc.*

159989657