# Kasell Law Firm

August 7, 2023

Hon. Ramon E. Reyes
United States District Court presently set
Eastern District of New York
225 Cadman Plaza East
Courtroom 2E North
Brooklyn, NY 11201

       Re: Shorey v. Superb Motors Inc., *et. al.*
         EDNY Index No.: 23-CV-03885

Your Honor:

I represent plaintiff, Martin Shorey in the above referenced matter.

I write to advise that a settlement has been reached in the above referenced matter
and that the parties are requesting time to complete the agreement, settlement
terms, and submit a stipulation of dismissal.

Consequently, all parties join in requesting an adjournment of the scheduling
conference presently on the calendar for August 15, 2023 at 10:30 AM.

                    Sincerely,

                    /s/_____
                    David M. Kasell

1038 Jackson Avenue #4 • Long Island City, NY 11101

Phone 718.404.6668

E-mail David@KasellLawFirm.com