# Harry R. Thomasson, Esq.
3280 Sunrise Highway, Box 112
Wantagh, New York 11793
Tel. 516-557-5459
hrtatty@verizon.net

Admitted:
Massachusetts
New York

August 7, 2023

Hon. Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 2E North
Brooklyn, NY 11201

Re: *Shorey v. Superb Motors Inc., et. al.*
EDNY Index No.: 23-CV-03885

Your Honor:

Please be advised that this office represents Defendant Superb Motors, Inc., with respect to the above referenced matter. I am writing in response to Plaintiff's attorney's letter filed today. I spent a considerable amount of time working on this case, and it is news to me that the case has settled. To be clear: I am the attorney of record for the Defendant, Superb Motors, Inc.; after receiving a telephone call and speaking with Plaintiff's attorney a few weeks ago (for which he could not have been more gracious in thanking me for my time about this matter since I knew nothing about this case prior to that phone call) I took a considerable amount of time doing legal research and preparing the Answer in this case. As of today, I have heard nothing more from the parties in this action since I filed that Answer, and now Plaintiff's attorney reports that "…all parties request an adjournment…" of the upcoming conference because the "case has settled."

While I fully support an adjournment of that conference for a variety of reasons, including my upcoming vacation, I cannot report to this Court that "all parties" wish to report a "settlement," since no one has *ever* spoken to me about settling this case, and I am (at least) the initial attorney to file the Answer on behalf of Superb Motors, Inc. Moreover, I have not authorized anyone to speak on my behalf regarding this case, just to be clear.

So I am writing to inform the Court that I would join in an adjournment request, I would like this matter to be adjourned into September, and I would like nothing more than the opportunity as Superb's counsel to sign a Stipulation dismissing this action, but as of today, it is news to me. I remain,

Very truly yours,

Harry R. Thomasson