# Harry R. Thomasson, Esq.

3280 Sunrise Highway, Box 112  
Wantagh, New York  11793  
Tel. 516-557-5459  
hrtatty@verizon.net

Admitted:  
Massachusetts  
New York

September 7, 2023

Hon. Ramon E. Reyes, Jr.  
U.S. Federal District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

    Re:    *Shorey v. Superb Motors, Inc., et al.*  
              Case No. 2:23-cv-03885 (ENV) (RER)

Your Honor:

      Please be reminded that this office entered the above referenced case and answered the Complaint on behalf of Defendant Superb Motors, Inc. (hereinafter, "Superb").  I am writing to inform the Court of certain developments regarding the representation of Superb Motors, Inc., given that the initial Court Conference is scheduled for today.  Please be advised, as follows:

1. I represent an individual named Anthony Deo, who happens to be at least 49% co-stockholder in Superb, along with an individual answering to the name Anthony Urrutia (purportedly 51%; the exact percentages are disputed by Mr. Deo at this time).  Since December, 2022, shortly after Mr. Deo paid Mr. Urrutia $500,000.00 to obtain 49% of the stock in Superb, Mr. Deo ran the on-site dealership located in Great Neck, New York.
2. A couple of weeks before I answered the within Complaint, I was contacted by Plaintiff's counsel, who informed me that he "was told" that I represent Superb, he emailed me the Complaint, and I informed him I would find out what was going on and get back to him.  I sent the Complaint to Mr. Deo, who told me 1) he had never seen the Complaint until I emailed it to him, and 2) I should go ahead and answer the Complaint, which I did on July 25, 2023.
3. Thereafter, another attorney (Attorney Kataev) entered an appearance on behalf of Superb (on August 1, 2023); shortly after that appearance was entered, Plaintiff's counsel informed the Court that the case was settled and requested time to file settlement documents (on August 7, 2023).  Thus, I wrote the Court to inform you that this was all news to me (also filed on August 7, 2023), and the Court set today as the initial conference date.
4. Since the Court set today as the initial conference date, I was sued by Superb through co-counsel in this case, actually alleging that I am the head of a criminal enterprise conspiring against Mr. Urrutia.  That case is in this Court, *Superb Motors, Inc., et al. v. Anthony Deo, et al.,* Case No. 2:23-cv-6188 (OM) (ST).

1

5. Under the circumstances, I will not be attending Court today, as I am clearly conflicted out of this case (and was informed by attorney Kataev that I was not to proceed on behalf of Superb anymore).
6. However, I wish to reiterate to this Court: I entered this case first on behalf of Superb, I am the attorney of record, it's fine with me if this case is settled or about to settle, but I certainly should know of the settlement that everyone has carefully avoided telling me about given that I not only appeared in this action, but I have never been consulted nor informed about any purported settlement.

    I send this letter, your Honor, to keep this Court as informed as I am able, although I do not believe that the other attorneys in this case should be avoiding informing an attorney of record of the events of the case. There are a remarkable number of coincidences involving Mr. Urrutia and his attorneys in the multiple actions in which we are all involved, and I believe that misconduct has been committed. Thus, I wanted to write and keep the Court informed as to my absence today. I remain,

                      Very truly yours,

                      /S/

                      Harry R. Thomasson